# CIVIL DOCKET

## IN THE COUNTY COURT AT LAW NO. 1, JEFFERSON COUNTY, TEXAS

Cause No. **0114500**

*STYLE:*   CATHERINE M. BERTRAND
VS.
MANN BRACKEN, LLP F/K/A MANN BRACKEN
LLC

| *PLAINTIFF'S ATTORNEY:* | *DEFENDANT'S ATTORNEY:* |
|---|---|
| **TAYLOR, JOHNNY** | |
| CASE TYPE: **OTHER** | |
| FILE DATE: **07/07/09** | |

| DATE | ORDERS OF THE COURT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

CAROLYN L. GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS
BY_____DEPUTY
Christy Derouen

EXHIBIT
A

# OFFERMAN & KING, L.L.P.
### Attorneys at Law

Garry A. Offerman (1955-2008)
James W King¹
Johnny Taylor

Of Counsel
Richard Battaglia

Board Certified -
Texas Board of Legal Specialization
¹ Consumer Bankruptcy Law

6420 Wellington Place
Beaumont, Texas 77706

Telephone (409) 860-9000
Fax (409) 860-9199

 CORCV      114500
DOCUMENT 3476873

July 21, 2009

Jefferson County Clerk
**Attn: Civil Section**
P O Box 1151
Beaumont, Texas 77704-1151

Re.     Cause No  114500, *Catherine M. Bertrand v. Mann Bracken, LLP f/k/a
        Mann Bracken , LLC;* In the County Court at Law No  1 of Jefferson
        County, Texas

Dear Clerk

        Enclosed are the original and one (1) copy of the Officer or Authorized Person's
Return of service of Citation for the above matter

        Please file the original Return among the papers of the case, and make note that
Defendant, Mann Bracken, LLP f/k/a Mann Bracken, LLC, has been served

        Please return a file-stamped copy of the Return to me in the enclosed self-
addressed, stamped envelope

        Thank you for your prompt services

                                Very truly yours,

                                Johnny Taylor

JWT/tdb
Enclosures

**CORRESPONDENCE**

**FILED FOR RECORD**

Carolyn L Guidry

2009 Jul 22, 12 30 PM          114500

CAROLYN L  GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS

BY: Christy Derouen  DEPUTY

CAROLYN L GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
7-22-09

POPCV    114500

DOCUMENT 3472515

CAUSE NO. _____ 114500

| | | |
|---|---|---|
| CATHERINE M. BERTRAND | § | IN THE COUNTY COURT |
| PLAINTIFF | § | |
| | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| MANN BRACKEN, LLP | § | |
| F/K/A MANN BRACKEN, LLC, | § | |
| DEFENDANT | § | JEFFERSON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, CATHERINE M. BERTRAND ("Plaintiff"), complains of Defendant, MANN

BRACKEN, LLP F/K/A MANN BRACKEN, LLC ("Defendant"), and would show the Court as

follows:

### DISCOVERY

1. Discovery is to be conducted under "Level 1" of TRCP Rule 190.

### PARTIES

2. Plaintiff is an individual residing in Jefferson County, Texas.

3. Defendant is a limited liability partnership, organized under the laws of the State

of Delaware, and may be served by serving its registered agent, C T Corporation System, 350

North St. Paul Street, Dallas, Dallas County, Texas 75201.

### JURISDICTION & VENUE

4. This Court has subject matter jurisdiction over this lawsuit because the amount in

controversy is within the jurisdictional limits of the Court. This Court has personal jurisdiction

over Defendant because Defendant purposefully established minimum contacts with and within

the State of Texas, because Defendant has had continuous and systematic contacts with and

within the State of Texas, and because the exercise of personal jurisdiction over Defendant will



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE



not offend the traditional notions of fair play and substantial justice.

5.      Venue is proper in Jefferson County, Texas, because it is the county in which all or a substantial part of the acts and/or omissions that form the basis of Plaintiff's claims occurred. Additionally, and/or alternatively, venue is proper in Jefferson County, Texas because it is the county in which the plaintiff resides.

### FACTS

6.      Defendant is a "debt collector" as defined by the Federal Fair Debt Collection Practices Act (15 U.S.C. §§ 1692, *et seq.*) (hereinafter the "FDCPA").

7.      On July 10, 2008, Defendant, by and through its agent, Timothy A. Gasaway, mailed to Plaintiff a letter entitled "Notice of Intent to Sue" (the "Letter"). A true and correct copy of the Letter is attached as Exhibit "A" and is incorporated herein by reference for all purposes.

8.      As can be seen from Exhibit "A", the Letter states that Defendant represented Midland Funding LLC ("Midland"), that Plaintiff owed a balance of $1,732.23, and that Defendant intended to sue Plaintiff for the balance alleged.

9.      As can be further seen from Exhibit "A", the Letter failed to include the statutorily required language set forth in 15 U.S.C. §§ 1692e(11) and 1692g. The §1692g notice was never sent to Plaintiff.

10.     On October 9, 2008, Defendant, by and through its agent, Johnetta Lang, filed with the Justice Court of Jefferson County, Texas, Precinct 1, a document entitled "Plaintiff's Original Petition" (the "Petition"). A true and correct copy of the Petition is attached as Exhibit "B" and is incorporated herein by reference for all purposes.

11.     As can be seen from Exhibit "B", Defendant represented that Defendant



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE

represented Midland and that Plaintiff owed a balance of $1,562.69.

12.     Plaintiff had satisfied the debt alleged in the Letter and the Petition in 2002.
Additionally, assuming arguendo that the debt had not been satisfied, the debt alleged in the
Letter and the Petition was barred by the applicable statute of limitations. The debt alleged in the
Letter and the Petition is a "debt" as defined by the FDCPA.

13.     At all relevant times, Timothy A. Gasaway and Johnetta Lang were acting as
agents and/or employees of Defendant, were acting within the actual and apparent authority
granted by Defendant, and were acting within the scope of their employment by Defendant.

## CAUSES OF ACTION

13.     Sending the Letter to Plaintiff violated the FDCPA because the natural
consequence of which was to harass, oppress, and abuse Plaintiff.

14.     Sending the Letter to Plaintiff violated the FDCPA because doing so constituted a
false, deceptive, and misleading representation and means in connection with the collection of a
debt.

15.     Sending the Letter to Plaintiff violated the FDCPA because doing so constituted
an unfair and unconscionable means to attempt to collect a debt.

16.     Sending the Letter to Defendant violated the FDCPA because it failed to notify
Plaintiff of her right to dispute the validity of the alleged debt and to request verification thereof
and failed to include the § 1692e(11) notice.

17.     Filing the Petition violated the FDCPA because the natural consequence of which
was to harass, oppress, and abuse Plaintiff.

18.     Filing the Petition violated the FDCPA because doing so constituted a false,
deceptive, and misleading representation and means in connection with the collection of a debt.



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE

19.     Filing the Petition violated the FDCPA because doing so constituted an unfair and unconscionable means to attempt to collect a debt.

20.     Each of the foregoing violations of the FDCPA have harmed Plaintiff, and such violations are the actual and proximate cause of actual damages suffered by Plaintiff, including but not limited to stress-related injuries, out-of-pocket losses, and injuries to personal relations.

## ATTORNEY'S FEES

21.     Plaintiff has retained the law firm of Offerman & King, L.L.P. to prosecute her claims against Defendant, and Plaintiff has agreed to pay the undersigned attorneys a reasonable fee. Upon trial of this matter, Plaintiff requests an award of a reasonable attorney's fee. Plaintiff further seeks additional reasonable attorney's fees in the event of any appeals or Petitions for Review.

## PRAYER

WHEREFORE, Plaintiff requests that this Court cite Defendant, MANN BRACKEN, LLP F/K/A MANN BRACKEN, LLC, to appear and answer and that upon final hearing, judgment is granted for Plaintiff against Defendant for:

A.     All actual damages allowed by law;

B.     All statutory damages allowed by law;

C.     Reasonable attorney's fees;

D.     Costs of Court; and

E.     Such other and further relief to which Plaintiff may be justly and legally entitled.



TRUE AND CORRECT COPY OF ORIGINAL FILED IN JEFFERSON COUNTY CLERK'S OFFICE

Respectfully submitted,

OFFERMAN & KING, L.L.P.

BY: _____
    JOHNNY TAYLOR
    TBN 24043953
    6420 WELLINGTON PLACE
    BEAUMONT, TEXAS 77706
    409/860-9000 -- PHONE
    409/860-9199 – FAX

ATTORNEYS FOR PLAINTIFF,
CATHERINE M. BERTRAND

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE

27281
REGIONAL OFFICES
EMPE, AZ
GOURA HILLS, CA
ONCORD, CA
ENVER, CO
ILMINGTON, DE
OCA RATON, FL
TLANTA, GA
OCKVILLE, MD
OVI, MI
INNETONKA, MN
HARLOTTE, NC
ARSON CITY, NV
OCHESTER, NY

LAW OFFICES
**MANN BRACKEN LLC**
Attorneys in the Practice of Debt Collection
(A National Collection Attorney Network Firm)
6215 NORTH O'CONNOR BLVD
SUITE 1090
IRVING, TX 75039

THE SUCCESSOR BY MERGER TO WOLPOFF & ABRAMSON, L.L.P. AND ESKANOS & ADLER, P.C.
(TOLL FREE)
1-800-830-2783
FACSIMILE (866) 699-8773

PLEASE DIRECT CORRESPONDENCE TO THE IRVING OFFICE

REGIONAL OFFICES
INDEPENDENCE, OH
PORTLAND, OR
CAMP HILL, PA
PITTSBURGH, PA
CLINTON, TN
NASHVILLE, TN
HOUSTON, TX
IRVING, TX
SAN ANTONIO, TX
FAIRFAX, VA
RICHMOND, VA
VIENNA, VA
VIRGINIA BEACH, VA

**JULY 10, 2008**

181606406
CATHERINE M BERTRAND

2075 S MAJOR DR
BEAUMONT TX 77707

Timothy A. Gasaway, Esq.
ADMITTED: (TX)

| File No. | 181606406 |
|---|---|

Re: MIDLAND FUNDING LLC, ASSIGNEE OF PROVIDIAN BANK/CC
CATHERINE M BERTRAND

Balance: $ 1732.23

**NOTICE OF INTENT TO SUE**

As you are aware, this law firm represents the above client regarding your outstanding obligation. This letter shall inform you that as a result of your failure to resolve this matter, we have made the decision to initiate litigation against you.

In the event you wish to avoid the time and expense of litigation, we invite you to contact our office at 1-800-830-2783. If you wish to communicate with this office by e-mail, do not hesitate to send your e-mail to NeedHelpW@mbllc.com.om. We sincerely hope you take advantage of this opportunity to avoid the consequences of court proceedings.

Very truly yours,

MANN BRACKEN LLC

*[signature]*

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE

e above attorney personally requested that this letter be sent after he/she reviewed relevant portions of our file for the purpose of making a determination to file suit.

This is an attempt by a debt collector to collect a debt and any information obtained

:E/NOTICE      FILE #:   181606406



/(01/08)

EXHIBIT
**A**

)CAUSE NO. 111735

)LAND FUNDING LLC.                              *        IN THE JUSTICE COURT

SIGNEE OF PROVIDIAN BANK
aintiff

                                               *        PRECINCT NUMBER 1-1

THERINE M BERTRAND

fendant(s)                                     *        JEFFERSON COUNTY, TEXAS

                        PLAINTIFF'S ORIGINAL PETITION

THE HONORABLE JUDGE OF SAID COURT:
     This is a suit on a debt. Defendant(s) can be served with process at the address below.

     CATHERINE M BERTRAND
     2075 S MAJOR DR
     BEAUMONT TX  77707

     Plaintiff, MIDLAND FUNDING LLC.

              ASSIGNEE OF PROVIDIAN BANK
quests discovery be conducted at Level 1 (TRCP 190.2). In the usual course of business,
aintiff and/or its Predecessor extended credit to Defendant for purchase of goods,
es, merchandise, services, or for cash advances. Defendant, or one duly authorized
cepted, used, and derived benefit from the credit account. Exhibit "A" represents
 summary of transactions of which a systematic record was kept.

   Defendant's failure to honor payment obligations created a balance due and owing to
aintiff, as shown in Exhibit "A". Despite Plaintiff's timely demand payment has not
n forthcoming. All conditions precedent have been performed.

   The breach of Defendant led Plaintiff to employ the undersigned law firm to file suit,
essitating a reasonable fee for attorney services.

YER: Plaintiff prays judgment against Defendant be granted for $  1562.69, plus
sonable attorney's fee, costs of court, interest as allowed by law, and such other and
ther relief, legal or equitable, as this court deems appropriate.

                                                         TRUE AND CORRECT
                                                         COPY OF ORIGINAL
                    Respectfully submitted,              FILED IN JEFFERSON
                                                         COUNTY CLERK'S OFFICE
                    MANN BRACKEN LLC
                    Attorneys in the Practice of Debt Collection
                    The Successor by Merger to Wolpoff & Abramson FILED FOR RECORD
                    L.L.P. and Eskanos & Adler, P.C.
                                                         _____ o'clock _____ M.

                    By: _____    OCT 0 9 2008
                    J. Lang           SBN 24036943       KENNETH W. DOLLINGER
                    Robert D. Frye    SBN 07496450       By _____ , CLERK
                    5215 North O'Connor Blvd., Suite 1060, Irving, TX 75039
                    Tel. (800) 830-2793 / Fax (866) 593-8773
n Bracken LLC is the Successor by Merger to Wolpoff & Abramson, L.L.P.
   Eskanos & Adler, P.C.                                 EXHIBIT
                                                            B
PT1/TXNSNI    FILE # 181606406

**Form 412**

In _____ Court

_____Judicial (Circuit/District)

Original Creditor Name: PROVIDIAN
Debtor Name: BERTRAND, CATHERINE M,
Account Number: ████████5698

**AFFIDAVIT IN SUPPORT OF JUDGMENT**

State of Minnesota       )
                         ) ss.:
Stearns County  )

BEFORE ME, the undersigned authority personally appeared and personally known by me, this day, and who after being duly sworn deposed and says as follows:

1. That I am a competent person over eighteen years of age. I am employed as an authorized representative for Midland Credit Management, Inc. with respect to its credit accounts. Midland Credit Management, Inc. is the servicer, for the benefit of Midland Funding LLC, of the account sued upon.

2. That in the ordinary course of business, Midland Funding LLC purchases revolving credit accounts, installment accounts and/or other credit lines from others. Midland Funding LLC is the current owner of, and/or successor to, the obligation sued upon. Midland Funding LLC predecessor in interest sold and assigned all right, title and interest in the defendant's PROVIDIAN account number████████6178 (Midland Credit Management, Inc. account number████████5698) to Midland Funding LLC

3. That based upon my personal knowledge of Midland Credit Management, Inc.'s business records and practices for servicing of its credit accounts for its principals, the contents of this Affidavit are true and correct. If called upon and sworn to testify hereto, I could and would so competently testify thereto.

4. That the scope of my job responsibilities includes the oversight of credit accounts maintained by Midland Credit Management, Inc. In the performance of my duties for Midland Credit Management, Inc.; I am familiar with the manner and method by which Midland Credit Management, Inc. creates and maintains its normal business books and records, including computer records of its credit accounts.

5. That Midland Credit Management, Inc. maintains, as a regular practice of its business, computer records of activity on its accounts for its principals, including payments received, amounts owing on such accounts, credits and offsets. It is the regular practice of Midland Credit Management, Inc.'s business that entries may be made in such computer records only by individuals having personal knowledge (from examining account documentation) of the information reflected therein and that such entries be made at or near the time the events reflected in them occurred and/or that it maintains its predecessor's records without alteration.

6. That the balance due and owing to Midland Funding LLC by the accountholder(s) on account number ████████5698 as of the date hereof is $1,562.69 together with interest and other applicable costs.

7. That demand for payment of this amount has been made more than (30) days prior hereto and payment for the amount owing has not been tendered. There is no record of any legitimate dispute by the accountholder.



181600406-TX

**Form 412**

8. That all documents attached hereto are certified to be correct originals or true and correct copies of the originals, being reproductions from the records or being evidence to establish the contents of a lost or destroyed document or computer transactional records. I declare under the penalty of perjury that the foregoing is true and correct.

9. To the best of my knowledge, the Defendant is not an infant nor an incompetent person.

Dated: 7/15/2008

IVAN JIMENEZ

State of Minnesota
Stearns County
Subscribed and sworn to (or affirmed) before me on this 15 day of July 2008
by IVAN JIMENEZ personally known to me or proved to me on the basis of
(Seal)

RENAE THERESA KIFFMEYER
Notary Public-Minnesota
My Commission Expires Jan. 31, 2011

Notary Public for the State of Minnesota

Mann Bracken LLC

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE

2114

)                                          )

**EXHIBIT "A"**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE



PCREINFOW     Date 05/28/0   Account           6178          Mode  1  Kit
COUNT#XXXXXXXXXXXX 6178 CLIENT# 001846          ACCT BALANCE $1,562.69
MT DT 01/23/06          CLIENT NAME MIDLAND      C/O DT 09/19/06
G-CREDITOR PROVIDIAN
-REC-TYPE*CC-FILENO *CC-FORW-FILE          *CC-MASCO-FILE   *CC-FORW-ID
        9525085696             6178                CA20.SUT1
-FIRM-ID*CC1-DATE-FORW*CC1-LIST-FORW*CC1-COMM*CC1-SUIT-FEE*CC1-ORIG-AMT-OUT
6.LAW    05/28/08              27.0    $.00          $1,562.69
1-INT-AMT-OUT*CC1-ORIG-INT-DATE*CC1-CRED-NAME
0        09/19/06         Midland Funding LLC
1-CRED-NAME2              *CC1-CRED-ADDR          *CC1-CRED-CITY-ST
land Funding LLC
1-CRED-ZIP*CC1-BAL-AMT-OUT*CC1-TYPE*CC1-LPAY-DATE*CC1-LPAY-AMT-OUT
        0000000156269    CC01    01/23/06    $.00
1-OPEN-DATE*CC1-CO-DATE*CC1-CO-BAL-OUT*CC1-PORT-ID
25/01    09/19/06      1562.69 701
1-ORIG-CREDITOR          *CC1-ORIG-CREDITOR2
VIDIAN
2-DEBT-NAME              *CC2-DEBT-SALUT*CC2-DEBT-ALIAS
TRAND/CATHERINE M
2-DEBT-ADDR      *CC2-DEBT-CITY-ST      *CC2-DEBT-ZIP*CC2-DEBT-PHONE
5 S MAJOR DR     BEAUMONT, TX           77707       4098612995
2-DEBT-FAX*CC2-DEBT-SSN   *CC2-RFILE-NR*CC2-DEBT-DOB*CC2-DEBT-DRIVERS-LIC

PETITION (PLAINTIFF'S ORIGINAL)

# FILED FOR RECORD

*Carolyn L Guidry*

2009 Jul 07, 12:45 PM          114500

CAROLYN L. GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
8-11-09
CAROLYN L. GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS
BY_____DEPUTY
Christy Derouen

AUG-03-2009 14:49 From:                          8662119787                    To:4098421862                    P.2/3

ANSCV        114500

DOCUMENT 3484257

## CAUSE NO. 114500

| | | |
|---|---|---|
| CATHERINE M. BERTRAND | § | IN THE COUNTY COURT |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | AT LAW NUMBER ONE (1) |
| VS | § | |
| | § | |
| MANN BRACKEN L.L.P. F/K/A | § | |
| MANN BRACKEN L.L.C. | § | |
| Defendant(s) | § | JEFFERSON COUNTY, TEXAS |

### GENERAL DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Mann Bracken L.L.P. f/k/a Mann Bracken L.L.C files this original answer to plaintiff, Catherine M. Bertrand's original petition and respectfully shows the following.

#### A. General Denial

1.      Defendant generally denies the allegations in plaintiff's original petition

#### B. Prayer

2.      For these reasons, defendant asks the court to dismiss this suit or render judgment that plaintiff take nothing, assess costs against plaintiff and award all other relief to which defendant is entitled.

Respectfully submitted by,

Mann Bracken L.L.P.
Attorneys in the Practice of Debt Collection

By. _____
MICHAEL J ADAMS     SBN#24038732
JOHNETTA LANG  )  SBN#24036943
THE GREAT JONES BUILDING
708 MAIN STREET, SUITE 720
Houston, Texas 77002
Tel. (800) 830-2793 / Fax (866) 593-8773



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN JEFFERSON
COUNTY CLERK'S OFFICE



## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009 a true and correct copy of the foregoing Original Answer was provided to Defendant Catherine Bertrand by or through her attorney of record Johnny Taylor, 6420 Wellington Place, Beaumont, Texas 77006 by sending via fax to 409/860-9199 and first class mail in accordance with the Texas Rules of Civil Procedure.

**Mann Bracken L.L.P.**
**Attorneys in the Practice of Debt Collection**
By:
MICHAEL J. ADAMS   SBN#24038732
JOHNETTA LANG    SBN#24036943

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

8-7-09

CAROLYN L. GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS
BY_____ DEPUTY
Christy Derouen

ANSWER

**FILED FOR RECORD**

*Carolyn L. Guidry*

2009 Aug 03, 05 30 PM

114500

CAROLYN L GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS

MB File No. 181606406

# THE STATE OF TEXAS

F/K/A Mann Bracken, LLC.
TO MANN BRACKEN LLP By Serving  CT CORPORATION
350 NORTH ST  PAUL STREET
DALLAS, TX 75201-0000

NOTICE   You have been sued   You may employ an attorney   If you or your attorney
do not file a written answer with the clerk who issued this citation by 10 00
a m  on the Monday next following the expiration of twenty days after you were
served citation and petition, a default judgment may be taken against you
     Said answer may be filed by mailing same to  CAROLYN L  GUIDRY, Jefferson
County Clerk,  P O  Box 1151, Beaumont, Texas 77704, or by bringing it to the
office located at 1001 Pearl St , Beaumont, Texas 77701, on the first floor of
the new annex
     The case is presently pending in the County Court at Law #1, located at
1149 Pearl St., Beaumont, Texas 77701, and was filed in said Court on 07/07/09 ,
and numbered 0114500 on the docket

CATHERINE M. BERTRAND                                    CITCV      114500
                                          DOCUMENT 3478872
VS
MANN BRACKEN, LLP F/K/A MANN BRACKEN
LLC
     The name and address of attorney for plaintiff (otherwise the address of
plaintiff) is
     TAYLOR, JOHNNY
     6420 WELLINGTON PLACE
     BEAUMONT, TX 77706-0000                            (409-860-9000)

     The nature of the demands of said plaintiff is shown by a true and correct
copy of Plaintiff's _____ Original Petition _____
accompanying this citation and made a part hereof
     The officer executing this writ shall promptly service the same according
to requirements of law, and the mandates hereof, and made due return as the law
directs
     Issued and given under my hand and seal of said Court at Beaumont, Texas,
this 07/07/09

                              CAROLYN L  GUIDRY
                    County Court of Jefferson County at Law #1
                    By _____ Deputy
                         (MARY WEATHERMON)

CITATION (ORIGINAL)

## FILED FOR RECORD

*Carolyn L Guidry*

2009 Jul 22, 12 30 PM        114500

CAROLYN L  GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS



*************** OFFICER OR AUTHORIZED PERSON'S RETURN ***************
Came to hand on ____ day of ____, 20__, at 8:00 o'clock A M and
executed in Dallas County, Texas by delivery to the with-in-named
defendant in person a true copy of this Citation, with the date of delivery
endorsed thereon, together with the accompanying true and correct copy of the
Plaintiff's petition, at the following time and place to-wit

| Name | Address Where Served | Date | Time |
|------|---------------------|------|------|
| Mann Bracken LLP | 350 N St Pand Ste 2900, Dallas | July 13, 09 | 9 45 AM |
| C.T Corp System, Registered Agent | | | |

FOR RULE 106 SERVICE   State person served or manner of service
FEE $ 70.70

Signature of Authorized Person (Other        Sheriff or Constable
than Sheriff or Constable)                    Dallas County, Texas
                                  By _____ Deputy
CITATION                          DERICK EVANS, CONSTABLE
                                  Dallas County Precinct 1



Cash _____

Check _____

M O _____

## COUNTY OF DALLAS

PRECINCT NO _____

158915

Date _July 10_ 20 _09_

Received from _Jefferson & Kerr_

Address _400 Wellington Place, Beaumont, Tex_
_77706_

For the following _Citation_

Case No. _0114500_   Style of case _Catherine M Bertrand_
_V/S Mann Bracken (SP)_

Amount _682_
_70.00_

Received by _____

Total Amount $ _70.00_

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
8-7-09
CAROLYN L. GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS
BY _____ DEPUTY
Christy Derouen